Andrew Tobias
Name
315 Barnette St, PO BOX
72756 Fairbanks AK, 99701
Mailing address
518-365-4214
Telephone

RECEIVED

AUG 28 2019

Clerk, U.S. District Court
Fairbanks, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Andrew Tobias
—————————————————,
(Full name of plaintiff in this action)
**Plaintiff,**

vs.

Fairbanks Police
—————————————————,

—————————————————,

—————————————————,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. _____
(To be supplied by the Court)

**PRO SE COMPLAINT**

for/under

_____
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

Federal Court due to its being part of the US government's
everyone in the world psychic spying on my thoughts and
psychic attacking me psychic undulation & self projection
campaigns

PS22

**B. Parties**

1. The Plaintiff is _Andrew Tobias_____, who presently
resides at_____.
(Print Name)

(Address)

2. Defendants:

Defendant No. 1, _Fairbanks Police_____, is a
citizen of_____Fairbanks / AK_____, who works as a
(Name)

(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 2,_____, is a
citizen of_____, who works as a
(Name)

(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 3,_____, is a
citizen of_____, who works as a
(Name)

(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

(City and State)

Defendant No. 4,_____, is a
citizen of_____, who works as a
(Name)

(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 5,_____, is a
citizen of_____, who works as a
(Name)

(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

2

COMPLAINT

<u>Claim 1</u>: On or about _Sept 2016 - nov_ , _attached documents_
(Date or Period of Time)            (Supporting facts)

3            COMPLAINT

<u>Claim 2</u>: On or about_____, _____
                        (Date or Period of Time)              (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4                                           COMPLAINT

Claim 3: On or about_____, _____
                          (Date or Period of Time)                    (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5                                      COMPLAINT

**D. Request for Relief**

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _500 printer pages of 9's doubleSided._

2. Punitive damages in the amount of $ _____

3. An order requiring defendant(s) to _be vanished from existence, a psychic protective order against them, a regular protective order then to adhere to my psychic directive, then to cease all_

4. A declaration that _____

_____

_____

5. Other: _____

_____

_____

Plaintiff demands a trial by _____ Jury _____ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_____
**Plaintiff's Original Signature**

_Andrew Tobias_
(Plaintiff's Full Name)

Executed at _Fairbanks Federal Court_ on _8.28.2019_
(Location)                                  (Date)

6                                          COMPLAINT

The Fairbanks police have, as part of the us government's everyone in the world self projective and undulative psychic spying on my thoughts and psychic attacking me campaign, psychic engaged in psychic spying on my thoughts and psychic attacking me, which has also included the nypd, Bellingham wa police, Alaska state police, uaf police and Fairbanks airport police. Given the nature and degree of the psychic witness tampering that's been done, no statute of limitations may be adhered to. On 8.17.2019, around 10:15pm, a fairbanks cop tried to psychic kidnap me into a foreign land, psychic caused pain to imitate injection. Fairbanks police, not necessarily at the afore mentioned time, psychic spied on my thoughts during sex fantasies and/or masturbation and tried to psychic kidnap me into jail. There's been a ton of other psychic police misconduct by the Fairbanks police. In December 2016 or perhaps the first of the following year, I had posted a craigslist ad looking to meet with women at the age of consent. I was harasses and attacked off of it, and had people even stalk me to my hotel room, and, in the lobby of the hotel, kick my chair and try to aggressively interrogate me. I called 911 and the dispatcher told me the police wouldn't come and that that they wanted me to come to them to talk to them about looking for underage women. One of the people who'd attacked me then stalked me as I walked somewhere else by driving in their car behind me. I went to the police but they wouldn't take a report, telling me they had gotten reports from people that I'd been looking for underage women. I pointed out to them that the ad listed the Alaska age of consent of 16 but he ignored it, calling me a pedophile, thus committing the crime where one is labeled something without proof and is actually insulted by the police. I left. The police left me an interrogating voicemail a little while after and came to my hotel room and tried to interrogate me about the same thing. They wouldn't come to another incident where a tailor tried to rob me, the cop calling me and telling me he didn't want to come. There was a third incident after this, where a fire chief tried to run me over, not on the way to fire, but driving through the safeway east parking lot, on video camera, and I called the police and they told me they didn't want to come. There was another incident where Fairbanks memorial hospital actually denied me entrance because I didn't want to give my id for check in, felony saying, "if you don't have money you can't get service", and the police refused to come enforce it when I called. There was another incident where I'd ordered a gun to a store and the store told me the police had felony called them and said they couldn't sell me a gun. There was an incident on 12.17.2018, when, just after the whole world had been psychic spying on my thoughts to assess it's inferior which was indicated with psychically caused feelings of pressure, advocacy services of Alaska (asa, the people contractually obliged to pay my rent and help me financially) and my landlord broke in and felony tried to evict me without seeing a warrant, court order, or court notice. They called the cops, who broke in while I was in the shower and went through my stuff. They told me asa had a court order and I'd have to leave, then told me they didn't and were going to get one, thus admitting that everyone that day had broken in without a court order, warrant, or court notice. They failed to arrest them for that. There was an instance where I was staying at the super 8 motel, the day prior had requested a 30 min extension for check out because I was sick, had left right at the 30 minutes, then, the day of the incident, had called right prior to check out to ask for 10 min extra because my bag had broken. The clerk just started misconductfully yelling at me that I was overstaying and was calling the police. I just got up and left. I had literally just stepped outside to wait for a cab when the police showed up and asked if they could take my picture. I think they said they had gotten reports about me around town and felony wanted information, which they're not allowed to have without my consent without a warrant. I declined and they felony violently grabbed me and felony forced me to let them take my picture. There have been multiple attempted murders, assaults, robberies, and break ins of me that I haven't been able to call the police for due to weariness, including

an inuit trying to stab me outside the police station, some downstairs neighbors trying to break in around 7am one morning, both times the taxi driver working for pioneer and yellow cab named Zachariah tried to run me over, and others. There was an incident when, after the bridgewater hotel had misconductfully kicked me out and the Fairbanks police had engaged in misconduct by grabbing me as I was leaving per their request without my having done anything, and, later that day, in the evening, I had just sat down at the uaf bus stop to wait until morning for the bus, and the uaf and Fairbanks police just felony drove up right upon my arrival and demanded to see id, and when I refused told me they were felony kicking me off the property. Then, a couple of months ago, I was being psychic harassed in my apartment, and my landlord and the fairbanks police felony broke in and felony evicted me as part of the same us government's everyone in the world psychic undulation and psychic selfprojection psychic spying on my thoughts and psychic attacking me campaign, without my seeing a warrant, court order, or court notice. There was also an incident a few weeks ago where, while everyone in the world was psychic spying on my thoughts and psychic attacking me and I was just sitting in a bus stop and the Fairbanks police just spontaneously arrived and started aggressively interrogating me, claiming people had called and reported me yelling racial slurs. The first cop felony did the crime where a cop labels a person they're talking to guilty without any process, felony told me when I told him I hadn't, "I know you did". He actually felony gave me a warning, then left, then three other officers, twenty minutes later came and harassed further. I request damages in the dollar number of 500 printer pages of 9's, double sided per incident, as well as a psychic protective order against the Fairbanks police.