# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ANDREU TOBIAS,

                Plaintiff,

      v.

FAIRBANKS POLICE,

                Defendant.

Case No. 4:19-cv-00028-TMB

## ORDER OF DISMISSAL

On August 16, 2019, self-represented litigant, Andreu Tobias, filed a Pro Se Complaint, along with a Civil Cover Sheet, and an Application to Waive the Filing Fee.[1] The Court issued a Screening Order on September 23, 2019, identifying deficiencies in Mr. Tobias's complaint and instructing him to either file an Amended Complaint or a Notice of Voluntary Dismissal by October 24, 2019. Specifically the Court cautioned: "If Mr. Tobias does not file either an Amended Complaint or a Notice of Voluntary Dismissal on the Court form by **October 24, 2019,** this case will be DISMISSED[.]"

Mr. Tobias has neither filed an Amended Complaint, nor a Notice of Voluntary Dismissal. Accordingly, Mr. Tobias's complaint should be dismissed for non-compliance with the Court's screening order and failure to prosecute his case.

---

[1] Docket 1-3.

Therefore, this case is **DISMISSED**. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to enter a judgment.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska this 29th day of October, 2019.

*/s/ Timothy M. Burgess*
TIMOTHY M. BURGESS
United States District Judge

4:19-cv-00028-TMB, *Tobias v. Fairbanks Police*
Order of Dismissal
Page 2 of 2
Case 4:19-cv-00028-TMB   Document 6   Filed 10/30/19   Page 2 of 2